# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY LYNN HATFIELD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL,<br>Commissioner of the Social Security Administration,<br><br>　　　　Defendant. | Case No. EDCV 17-0287 SS<br><br>**JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED: October 30, 2017

　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　SUZANNE H. SEGAL
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE